UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TRACY A. LADRA a/k/a TRACY ANN LADRA, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration, <br><br> Defendant. | CAUSE NO.: 2:22-CV-400-TLS-JPK |

**ORDER**

This matter is before the Court on a Joint Motion to Remand [ECF No. 16], filed on July 25, 2023. The parties agree that the decision of the Commissioner should be reversed and the case should be remanded to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Finding the motion well taken, the Court hereby GRANTS the Joint Motion to Remand [ECF No. 16], REVERSES the decision of the Commissioner, and REMANDS this matter under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. Upon remand, the ALJ will: (1) offer the claimant the opportunity for a hearing, taking any further action necessary to complete the administrative record; (2) give further consideration to the evidence of record, including the prior administrative medical findings and medical source opinion evidence; (3) if necessary, reevaluate the claimant's residual functional capacity; (4) if necessary, obtain additional vocational expert evidence; and (5) issue a new decision.

SO ORDERED on July 26, 2023.

s/ Theresa L. Springmann
JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT